pellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.). Action by Thomas F. Robertson against The Rockland Cemetery Improvement Company and others. From an order denying a motion to compel plaintiff's attorneys to accept an amended answer, defendant the Rockland Cemetery Improvement Company appeals. Reversed. E. E. Cooley, for appellant. G. P. Breckenridge, for respondent.

VAN BRUNT, P. J. For the reasons stated in the opinion in the case of Robertson v. Improvement Co. (decided herewith) 66 N. Y. Supp. 632, the order appealed from must be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs. All concur.

ROSEN, Respondent, v. SANDROWITZ, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Max Rosen against Bernard Sandrowitz. J. J. Bach, for appellant. A. H. Sarasohn, for respondent. No opinion. Judgment affirmed, with costs.

ROUSE, Respondent, v. KAPELANSKY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Callman Rouse against Samuel Kapelansky and others. A. C. Weil, for appellants. J. Manheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROWLAND et al. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) In the matter of the judicial settlement of the account of Sidney L. Rowland and Robert P. Everett, as executors of Thomas R. Everett, deceased.

PER CURIAM. We think that the undertaking given or proposed to be given by the appellant is sufficient to stay proceedings on appeal.

ROWLANDS, Respondent, v. YOUNG MEN'S CHRISTIAN ASS'N OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by William R. Rowlands against the Young Men's Christian Association of Utica. No opinion. Order (66 N. Y. Supp. 577) affirmed, with $10 costs and disbursements.

RUDDEN, Respondent, v. RUDDEN, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Kate Rudden against James Rudden. L. Steckler, for respondent. A. Levy, for appellant. No opinion. Order modified, by reducing amount of alimony to $3 a week, and, as modified, affirmed, without costs.

RUHL et al., Respondents, v. THOMAS, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Franz Ruhl and others against Anna M. Thomas. No opinion. Judgment of the municipal court affirmed by default, with costs. See 62 N. Y. Supp. 929.

RUSSERT, Appellant, v. STOVER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Barbara Russert against Louis Stover, as executor, etc. No opinion. Judgment affirmed, with costs.

In re SABBATH COMMITTEE. (Supreme Court, Appellate Division, First Department. July 17, 1900.) In the matter of the Sabbath Committee. J. M. Perry, for committee. No opinion. Order affirmed, with $10 costs and disbursements.

SABINSON, Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Term. October 4, 1900.) Action by Samuel Sabinson against Peter Herter. From a judgment for plaintiff, defendant appeals. Reversed. Hirsh & Ehrhorn, for appellant. Louis Levy, for respondent.

PER CURIAM. The pretended oral release by the defendant is without evidence to support it, and it was clearly erroneous to exclude testimony tending to establish any of the items of the counterclaim. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

ST. REGIS PAPER CO. v. METROPOLITAN PAVING & CONTRACTING CO. et al. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by the St. Regis Paper Company against the Metropolitan Paving & Contracting Company and others.

PER CURIAM. Injunction order so far modified as not to prohibit the defendants from taking such legal proceedings as they may be advised to obtain possession of the property in controversy, and without prejudice to the right of the defendants to move at special term, upon notice, to vacate the order.

SAMUEL, Respondent, v. WANAMAKER, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Sophie Samuel against John Wanamaker. W. Eidman, for appellant. D. F. Kiely, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SARASOHN, Respondent, v. WORKINGMAN'S PUB. ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Coryel H. Sarasohn against the Workingman's Publishing Association and others. From a judgment sustaining a demurrer to the third paragraph of defendant's answer they appeal. Affirmed. The following is the opinion of the trial court (BEEKMAN, J.): "The libel in this case is disgusting and offensive in the extreme, and the rule which requires the justification to be as broad as the charge should be unhesitatingly applied to the matter set up by way of justification in the defense demurred to. I am of the opinion that the defense is insufficient upon its face, and that the demurrer thereto should be sustained. Demurrer sustained, with costs,